UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | ) | |
|---|---|---|
| CONNECTOR CASTINGS, INC., | ) | |
| Plaintiff, | ) | No. 4:15-CV-1154 JAR |
| v. | ) | |
| MASTERMAN'S LLP, | ) | |
| Defendant. | ) | |

## MEMORANDUM AND ORDER

The Court has been advised that on June 6, 2017, the D.C. Circuit Court of Appeals denied the petition for rehearing in <u>Bais Yaakov of Spring Valley v. FCC</u>, Lead Case No. 14-1234 (Doc. No. 35). Plaintiff requests the Court continue the stay of this case pending a decision on a petition for a writ of certiorari to the United States Supreme Court (Doc. No. 36). Because a final decision in <u>Yaakov</u> will directly affect the viability of Plaintiff's claim in this case, the Court will continue to stay this case until the Supreme Court resolves any petition for a writ of certiorari in <u>Yaakov</u>. At that time, the Court will consider whether a continued stay is appropriate.

Accordingly,

**IT IS HEREBY ORDERED** that the stay of this case shall remain in force until the Supreme Court resolves any petition for a writ of certiorari in <u>Bais Yaakov of Spring Valley v. FCC</u>, Lead Case No. 14-1234.

**IT IS FURTHER ORDERED** that Plaintiff shall advise the Court of the Supreme Court's decision on any forthcoming petition for a writ of certiorari within ten (10) days thereof.

_____
**JOHN A. ROSS**
**UNITED STATES DISTRICT JUDGE**

Dated this 12th day of June, 2017.