# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| CONNECTOR CASTINGS, INC., | ) |
|     Plaintiff, | ) |
| | ) |
| v. | ) |
| | )   No. 4:15-cv-01154-JAR |
| MASTERMAN'S LLP d/b/a | ) |
| MASTERMAN'S, | ) |
| | ) |
|     Defendant. | ) |

## STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff Connector Casting, Inc., pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and (B), dismisses its case against Defendant Masterman's LLP d/b/a Masterman's with prejudice, with all parties to bear their own costs and attorney fees. Defendant consents to the dismissal.

**SCHULTZ & ASSOCIATES LLP**

By: /s/ Ronald J. Eisenberg
   Ronald J. Eisenberg, #48674MO
   640 Cepi Drive, Suite A
   Chesterfield, MO 63005-1221
   Telephone: (636) 537-4645
   Facsimile: (636) 537-2599
   reisenberg@sl-lawyers.com

*Attorney for Plaintiff*
*Connector Castings, Inc.*

**GREENSFELDER, HEMKER & GALE, P.C.**

By: /s/ David P. Niemeier
   Dale M. Weppner, #41080MO
   David P. Niemeier, #50969MO
   10 South Broadway, Suite 2000
   St. Louis, Missouri 63102
   Telephone: (314) 241-9090
   Facsimile: (314) 241-8624
   dpn@greensfelder.com
   dmw@greensfelder.com

*Attorneys for Defendant*
*Masterman's LLP d/b/a Masterman's*

## CERTIFICATE OF SERVICE

I certify that on February 22, 2018, the foregoing was filed electronically with the Clerk of the Court and service was made through the Notice of Electronic Filing to all counsel of record.

                                                          /s/ Ronald J. Eisenberg